

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00177-CV

---

CRAIGE KEVIN HOWLETT, APPELLANT

V.

CORINNE HOWLETT, APPELLEE

---

On Appeal from the 200th District Court
Travis County, Texas
Trial Court No. D-1-FM-21-004849, Honorable Jan Soifer, Presiding

---

June 15, 2023

## ORDER OF ABATEMENT

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Craige Kevin Howlett, appeals from the trial court's *Final Decree of Divorce*.[1]  On June 9, 2023, Appellant filed a notice of bankruptcy, informing the Court that he has filed a bankruptcy petition in the United States Bankruptcy Court for the

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

Western District of Texas on May 30.  *See* Tex. R. App. P. 8.1.  The bankruptcy proceeding is styled *In re Craige Kevin Howlett*, case number 23-10370-smr.

Pursuant to Rule of Appellate Procedure 8.2, we abate the appeal and suspend all appellate deadlines, including Appellant's current briefing deadline, until further order of this Court.  The parties may file a motion to reinstate or sever the appeal if permitted by federal law or the bankruptcy court.  *See* Tex. R. App. P. 8.3.  The parties shall promptly inform this Court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal.

It is so ordered.

Per Curiam